UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MARK CLARK,

                             Plaintiff,

    -against-

OFFICER NICOLES, et al.,

                           Defendants.
------------------------------------------------------------X

08 Civ. 2206 (RMB)

**ADMINSTRATIVE ORDER**

The Clerk of Court is respectfully requested to designate the above captioned case as related to <u>Clark v. Hanson</u>, No. 08 Civ. 1518.

**SO ORDERED.**

Dated: New York, New York
       March 14, 2008

                                                         _/s/ RMB_

                                          **Richard M. Berman, U.S.D.J.**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/14/08